UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELTON HARDY,<br>Plaintiff,<br>v.<br>BLOCK, INC.,<br>Defendant. | Case No. 26-cv-07856-JST<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

The Court has stayed this action pending arbitration. ECF No. 14. The Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: November 17, 2026

JON S. TIGAR
United States District Judge